Per Curiam.
 

 Rhonda Marlene Levey was admitted to practice by this Court in 1991 and lists a business address in Lexington, Massachusetts with the Office of Court Administration. Levey now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Chief Attorney.
 

 As is noted by AGC, Levey is presently delinquent in her New York attorney registration requirements, having failed to timely register for the most recent biennial period (see Judiciary Law § 468-a; Rules of Chief Admin of Cts [22 NYCRR] § 118.1). Inasmuch as Levey is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [2014]), she is ineligible for nondisciplinary resignation and her application must be denied (see Matter of Turgeon, 148 AD3d 1458, 1459 [2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [2017]). Further, any future application by Levey must be supported by proof of her full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [2017]).
 

 McCarthy, J.P., Rose, Aarons, Rumsey and Pritzker, JJ., concur.
 

 Ordered that Rhonda Marlene Levey’s application for permission to resign is denied.